UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNITA FORCE,

    Plaintiff,

v.

AMERITECH CORPORATION, INC.,

    Defendant.
_____/

Case No. 03-71618

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [31]**

This matter comes before the Court on the Magistrate Judge's September 5, 2006 Report and Recommendation [31]. Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's Objections, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

Plaintiff's motion for judgment reversing administrative decision denying ERISA benefits [24] is GRANTED, and Defendant's motion for entry of judgment [25] is DENIED.

    SO ORDERED.


    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: September 19, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 19, 2006, by electronic and/or ordinary mail.

       s/Carol A. Hemeyer
       Case Manager